**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Troy Allen Weakheiser
:
**Full Name of Plaintiff        Inmate Number**
OS-31521
:

Civil No. 4:25-CV-1712-LAL ✳
:
(to be filled in by the Clerk's Office)

v.
:

Brittany Whitenite
:
**Name of Defendant 1** *Plaintiff 2*
:
(✓) Demand for Jury Trial
:
(___) No Jury Trial Demand

Angelina Mayo
:
**Name of Defendant 2** *Plaintiff 3*
:

V.
:

**Name of Defendant 3**
:

**FILED**
**WILLIAMSPORT**

DA Tom Marino, et al.
:
SEP 12 2025
**Name of Defendant 4.5** *See Pages (2-3)*
:
PER____HR____
DEPUTY CLERK

:

**Name of Defendant 5**
:
(Print the names of all defendants.  If the names of all
:
 defendants do not fit in this space, you may attach
:
additional pages. Do not include addresses in this
:
section).
:

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Case Number
✱ SEE    NO; 3:25-1068

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

1.) _Troy A Wertheise_, 2.) _Brittany Whitrite_ 3.) _Angalino Mayo_

Name (Last, First, MI)

Inmate Number

_OS-315521_

Place of Confinement

Address

_277 wex third st_ , _1605 Luisa st_ , _1605 Luisa st_

City, County, State, Zip Code

_Wnspt PA 17701_    _Wnspt PA 17701_    _Wnspt PA 17701_

Indicate whether you are a prisoner or other confined person as follows:

√    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

_@ Wnspt officer Carriza_

Name (Last, First)

Current Job Title

_Wnspt Police officer_

Current Work Address

_48 West Thirdst Wnspt PA 17701_

City, County, State, Zip Code

Defendant 2:

_Tom Marino_
Name (Last, First)

Current Job Title
_DA_
Current Work Address
_48 West Third Street Wmspt PA 17701_
City, County, State, Zip Code


Defendant 3:

_Aaron Buichle_
Name (Last, First)

Current Job Title
_MDJ_
Current Work Address
_48 West Third St Wmspt PA 17701_
City, County, State, Zip Code


Defendant 4:

_Kevin Dent_
Name (Last, First)

Current Job Title
_NEU        (Drug Task Force)_
Current Work Address
_48 West Third St Wmspt PA 17701_
City, County, State, Zip Code


Defendant 5:

_Lindsey Sweedey_
Name (Last, First)

Current Job Title
_assistant district attorney_
Current Work Address
_48 West third St Wmspt PA 17701_
City, County, State, Zip Code

*See attachments*

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

   A.    Describe where and when the events giving rise to your claim(s) arose.

_____

_____

_____

   B.    On what date did the events giving rise to your claim(s) occur?

_____

_____

   C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

( See attachment )

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

See attachment

## VI.    RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

See attachment

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


Signature of Plaintiff

9-7-25

Date



Troy A. Workheiser
277 West third st
Williamsport PA
17701

RECEIVED
WILLIAMSPORT
SEP 12 2025
PER _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
U.S. Courthouse & Federal Building
240 West Third Street, Suite 218
Williamsport, PA, 17701



HARRISBURG PA 170
11 SEP 2025